# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MARTIN SZIVULKA,**

        Plaintiff,

        V.                                 CASE NUMBER: **04-C-29**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the final decision of the Commissioner of the Social Security Administration denying Martin Szivulka's application for disability insurance benefits filed on April 17, 2000, is REVERSED. This case is REMANDED to the Commissioner of the Social Security Administration for further proceedings. This case is hereby DISMISSED.**

    September 30, 2005                                 SOFRON B. NEDILSKY
Date                                                       Clerk

                                                                 s/ Linda M. Zik
                                                                 (By) Deputy Clerk